# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Rose Diaz Cordes, as Executrix and Personal
Representative of Robert C. Cordes, and R.
Zachary Cordes
                    Plaintiff(s)

                    v.                                    CIVIL ACTION NO. 08-10388-GAO

M/V Baldock, herengines, tackle, equipment,
apparent and appurtenances, etc., in rem; and
FB Shipping (II), Inc., in personam,
                    Defendant(s)

## JUDGMENT IN A CIVIL CASE

        O'Toole,  D.J.

☐       **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried
        and the jury has rendered its verdict.

X       **Decision by the Court**. This action came to trial or hearing before the Court. The issues have
        been tried or heard and a decision has been rendered.

        **IT IS  ORDERED AND ADJUDGED**

        **Judgment in favor of the Defendants.**

                                                        SARAH A. THORNTON,
                                                        CLERK OF COURT
Dated:   3/29/2013                                      By  /s/Chris Danieli
                                                        Deputy Clerk

NOTE: The post judgment interest rate effective this date is 0.16  %.
(General Civil Judgment.wpd - 3/7/2005)